IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CR-00010-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| NADIA GABRIELLE HOWARD | |

**THIS MATTER IS BEFORE THE COURT** on the United States' "Unopposed Motion to Dismiss Arrest Warrant" (Doc. No. 35) filed June 6, 2022. For the reasons set forth in the Motion, namely that the bond violation for which the Court issued the arrest warrant did not occur, the Motion is **GRANTED.**

**IT IS, THEREFORE, ORDERED** that the arrest warrant issued in connection with the bond violation (Doc. No. 34) is withdrawn.

The Clerk is directed to certify copies of this Order to the Defendant, Counsel for the Defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: August 23, 2022

Frank D. Whitney
United States District Judge